# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| MALCOLM Z. WASHINGTON, | * |
| | * |
| Plaintiff, | *   CIVIL ACTION NO.: 5:21-cv-71 |
| | * |
| v. | * |
| | * |
| DAVID ROSS; SHAD STORMANT; CARL JAMES; and WARE COUNTY JAIL, | * |
| | * |
| Defendants. | * |

### ORDER

Before the Court are Plaintiff's Objections to the Magistrate Judge's December 20, 2021 Report and Recommendation. Dkt. No. 5. In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's Complaint in its entirety because he cannot challenge his pretrial custody under 42 U.S.C. § 1983 and there is no indication Plaintiff has fully exhausted his state remedies such that he should be permitted to pursue habeas relief. Dkt. No. 3. Additionally, the Magistrate Judge recommended the Court deny Plaintiff *in forma pauperis* status on appeal.

Plaintiff has filed Objections to the Magistrate Judge's recommendations. However, Plaintiff's Objections are largely unresponsive and without merit. First, Plaintiff complains of

AO 72A
(Rev. 8/82)

his lack of medical treatment while in pretrial custody, which is a claim related to another case he has pending in this district—Washington v. Barnhill, et al., 5:21-cv-69 (S.D. Ga. Nov. 15, 2021). Indeed, Plaintiff acknowledges as much. Dkt. No. 5 at 1. Plaintiff's Objections concerning Washington v. Ross are **OVERRULED**. Plaintiff's claims in that case will be considered in due course.

Plaintiff's remaining Objections are meritless, as well. Plaintiff objects to not having an opportunity to amend his Complaint. Dkt. No. 5 at 1. However, Plaintiff has not moved to amend, nor has he indicated what amendments he would make to his Complaint. Further, Plaintiff appears to still be pursuing the same injunctive relief—release from pretrial detention—which the Court cannot grant. Id. at 1, 11-12. Additionally, Plaintiff objects to the Magistrate Judge recommending the Court deny him leave to procced *in forma pauperis* on appeal because he has paid the filing fee at the district court. Id. at 1. However, whether Plaintiff has paid the filing fee at the district court has no bearing on whether he may be permitted to proceed without pre-paying the filing fee at the appellate level. Accordingly, these Objections are also **OVERRULED**.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the

2

opinion of the Court, and **OVERRULES** Plaintiff's Objections. Further, the Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___5___ day of ___January___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)